(08-89M-LPS)

# United States District Court
## Violation Notice

| CVB Location Code | DE-10 |
|---|---|

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| R 3163348 | HUNTHANS K. H7394 | H7394 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 01/09/2008  1405 | DE Title 11 section 840 |

**Place of Offense**
Bldg 2160 AAFES Base Exchange

**Offense Description**
Shoplifting

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Vibal | Robert | J |

Phone (302)

**Street Address**
(redacted)

| City | State | Zip Code |
|---|---|---|
| Dover | DE | 19901 |

| Driver's License No | D.L. State | Date of Birth (mm/dd/yyyy) | Social Security No |
|---|---|---|---|
| (redacted) | DE | (redacted) | (redacted) |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair Bl  Eyes Bro  Height 6'2"  Weight 187

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**PAY THIS AMOUNT →**
$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address**
The Federal Building
US District Court
844 King St
Wilmington DE 19801

| Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

---

REDACTED

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 09 January 20 08 while exercising my duties as a law enforcement officer in the Kent District of Delaware.

Your Honor, on 09 Jan 08 at approx 1401 hrs while conducting law enforcement duties on duty at Dover AFB, DE I was dispatched to Bldg 2160 AAFES Base Exchange for a possible shoplifting. Upon conducting an investigation I discovered that the defendant shoplifted one (1) pair of sterling silver cubic zirconium earrings valued at $9.95 from Bldg 2160 AAFES Base Exchange. The stolen property was retrieved from the defendant and collected as evidence. The defendant was ID via DEForm 1173 Dependent military ID card, and Delaware state drivers license.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 01/09/2008   Officer's Signature _____
         Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on _____   U.S. Magistrate Judge
         Date (mm/dd/yyyy)

CVB Scan 2/11/2008 no 22 20